## Commonwealth *v.* Kontos, Appellant.

Submitted November 11, 1968. *Gus Kontos,* appellant, in propria persona; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lutsko et al., Appellants.

Argued November 13, 1968. *Hubert I. Teitelbaum,* with him *Stephen J. Laidhold,* and *Morris, Safier & Teitelbaum,* for appellants; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN, J., absent.